trict Court for imposition of sentence from which appeal can properly be taken.

PER CURIAM.
Judgment affirmed.

Maude H. BICKART, Josephine P. Crensha, and Vaughan & Company, Appellants, v. Edmund S. BURKE and Thomas P. Finan, Trustees of The Kelly-Springfield Tire Company, a Corporation, et al., Appellees.

No. 3935.

Circuit Court of Appeals, Fourth Circuit.
Aug. 9, 1935.

George Forbes and Henry L. Wortche, both of Baltimore, Md., and Robert P. Weil, of New York City, for appellants.

Harry N. Baetjer, of Baltimore, Md., for appellees.

PER CURIAM.
Case dismissed under rule 20, in accordance with agreement of counsel.

Joseph BLAZINA, Appellee, v. JAMES McWILLIAMS BLUE LINE, Appellant.

No. 63.

Circuit Court of Appeals, Second Circuit.
Nov. 4, 1935.

E. C. Sherwood, of New York City (H. H. Brown and George A. Garvey, both of New York City, of counsel), for appellant.

Paul C. Matthews, of New York City (Archibald F. McGrath, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

In the Matter of Antonio BONDI, Debtor.
Antonio BONDI v. Walter S. BAER, Trustee.

No. 5608.

Circuit Court of Appeals, Seventh Circuit.
Oct. 8, 1935.

Blaine B. Gernon, of Chicago, Ill., for appellant.

Edward Sonnenschein, Henry S. Moser, Isaac E. Ferguson, and Ben I. Greenebaum, Jr., all of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.
It is ordered by the court that the motion of appellee that this appeal be dismissed be sustained. Thereupon, it is ordered, adjudged, and decreed that this appeal be, and the same is hereby, dismissed with costs.

Francis J. BOUSHEA, Appellant, v. UNITED STATES of America.

No. 10479.

Circuit Court of Appeals, Eighth Circuit.
Nov. 2, 1935.

Drill, Drill & Rensch, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., for the United States.

PER CURIAM.
Appeal docketed and dismissed, pursuant to stipulation of parties.